UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LLOYD DEMETRIUS GRICE,

    Petitioner,

v.                                     Case No. 5:22-cv-88-TKW-MJF

CHIEF MAGISTRATE, *et al.*,

    Respondents.
_____/

## REPORT AND RECOMMENDATION

This habeas case, filed under 28 U.S.C. § 2254, is before the court upon referral from the clerk of the court. On May 9, 2022, the undersigned ordered Petitioner to file the following by June 8, 2022: (1) a notice of voluntary dismissal, or (2) an amended habeas corpus petition on the Northern District's § 2254 petition form, accompanied by two service copies and the $5.00 filing fee or a complete application for leave to proceed *in forma pauperis*. Doc. 2. The undersigned warned Petitioner that failure to comply with the order likely would result in dismissal of this case. *Id*.

Petitioner has not complied with this court's order and has not responded to the June 23, 2022, show cause order. Doc. 3. For these reasons, the undersigned respectfully **RECOMMENDS** that:

Page 1 of 2

1. This case be **DISMISSED** without prejudice for Petitioner's failure to comply with this court's orders, his failure to prosecute, and his failure to pay the filing fee.[1]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 19th day of July, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").